■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER PIERCE, Appellant. [595 NYS2d 318] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered February 5, 1991, convicting him of manslaughter in the first degree and kidnapping in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.